**Antoine ECHOLS, Sr., Appellant,**

v.

**J. HAYES, Deputy Sheriff; St. Louis Sheriff's Department; Martie J. Aboussie, Director of St. Louis City Jail; John Doe, 1–101, St. Louis City Jail; John Doe, 1–101, St. Louis City Sheriff; Scott Wagger, St. Louis City Police Officer; Samuel Zouglas, St. Louis City Police Officer; John Doe, 1–101, St. Louis City Police Department, Appellees.**

**No. 01–3106.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 20, 2001.

Filed Dec. 27, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Inmate Antoine Echols, Sr., appeals the district court's * dismissal of Echols's action asserting 42 U.S.C. § 1983 and state

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

law claims, and the denial of his motions for reconsideration. Having carefully reviewed the record, we conclude dismissal was proper because Echols's claims were barred by the applicable statutes of limitations. *See* Mo.Rev.Stat. §§ 516.120(4), 516.130(2) (2000); *Chandler v. Presiding Judge, Callaway County*, 838 F.2d 977, 978–79 (8th Cir.1988). We find no abuse of discretion in the district court's denial of the motions for reconsideration. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).